UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TARIN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-0357-G |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The defendant's second motion to extend the dispositive motion deadline (docket entry 24) is **GRANTED**.  The parties shall file any motions that would dispose of all or any part of this case, including motions for summary judgment, no later than **January 30, 2020**.

**SO ORDERED.**

December 6, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**